December 30, 2015
Honorable Judge Kevin Gross
824 North Market Street, 6th Floor
Wilmington, Delaware, 19801

Subject: Petition to reject Chapter 11 Case # 15-12533 Magnum Hunter Resources Corporation until a Shareholder Committee is formed.

Honorable Judge Kevin Gross::

I am a shareholder (common 1,000 shs and preferred 2,496 shs) of Magnum Hunter Resources Corporation (MHRCQ). The chapter 11 plan filed and submitted on December 15, 2015 (case number 15-12533-KG) has been an intentional and premeditated plan by management to mislead the shareholders and quickly restructure the company for the benefit of themselves and key debtors at the expense of other stakeholders. The events and communications leading up to this filing have been an egregious mismanagement of those same parties who are now attempting to convince the court that they are best capable of making this company a going concern.

Current Management interests are not aligned with the Shareholders or other Stakeholders interests – there is a conflict of interest evident in this process. I request an independent shareholder committee be formed to evaluate the options that management considered and or suggest other options that would benefit all the stakeholders. For example, the company could monetize the Eureka Pipeline with an IPO, with preferential treatment to shareholders. At question here is the independence from conflicted interests by the existing management team – and specifically the Eureka Pipeline

There have been public announcements about Eureka Pipeline, MHRCQ's proposal to sell the Pipeline (with 7 offers), and comments about Eureka's market value. In fact the day before the official filing, Mr. Gary C. Evans, Chairman of the Board and Chief Executive Officer of Magnum Hunter and Eureka Hunter commented, *"These new record throughput volumes on the Eureka Hunter pipeline system, during this period of unprecedented declines in overall drilling activity due to extremely low commodity prices, are a testimony to the resource value not only of this region, but what has been created by the hard work of our management team over the past couple of years. The results from the combination of new interconnects with other pipelines, operational superiority, and exceptional service to existing customers, have allowed for this substantial growth being experienced at Eureka Hunter to continue."* This kind of statement on the day before filing for Chapter 11 is egregious and I plan to report these actions to the SEC.

I hope you will consider addressing this conflict of interest and appoint an independent Shareholder committee in this process. I am available to serve in the Committee, per your discretion.

Sincerely,

Garen Wisner
4800 Councilrock Lane
Cincinnati, OH 45243
Email: garenwisner@yahoo.com
513.659.5859