December 29, 2015

Honorable Judge Kevin Gross
824 North Market Street, 6th Floor
Wilmington, Delaware, 19801

Subject: Petition to reject Chapter 11 Case # 15-12533 Magnum Hunter Resources Corporation

Honorable Judge Kevin Gross:

I being a Shareholder Magnum Hunter Resources Corporation (MHRC), a corporation organized under the laws of the state of Delaware, herein kindly request the rejection of the chapter 11 plan filed and submitted on December 15, 2015 under case number 15-12533-KG presented by Gary Evans, Chief Executive Officer and Chairman of the Board of Directors of MHRC. I'm an owner of 10,000 preferred shares of Magnum Hunter.

MHRC management interests are not aligned with the Shareholders interest. MHRC management is attempting to use the Shareholder assets to obtain additional financing so they can continue to operate the company, without attempting to compensate the Shareholders. However, Shareholder interest would be better served, if the assets in MHRC were sold and the funds distributed by the Trustee. Last year MHR management estimated their assets value was worth up to $4.3 billion, assuming devaluation similar to other companies, the assets would cover the MHR debt. The only true way to determine the value of the assets is to sell them, which will provide an opportunity for returns to the Shareholders.

It is important to note, that the Shareholders were informed that MHRC management was pursuing the sale of Eureka Hunter with seven written offers. Additionally, Shareholders were told; MHRC received a letter of intent for a Joint Venture, which could provide $430 million of financing. (This information can be viewed from MHRC, October 2015, presentation.) On December 14, 2015, Magnum Hunter released a statement that the throughput through the Eureka Hunter pipeline is at record levels, indicating the market value of the pipeline had increased. I'm concern this information was intentionally misleading, allowing Gary Evans to develop a strategy for him to continue operating MHRC with his lucrative salary and benefits at the expense of Shareholders.

Thank-you for your time,

Richard McCord
618 Tree swallow Lane
Wilmington, NC 28411-8320
Email: rdmccord@aol.com