15-12533 KG

Date: 12-28-15
To: The Honorable Judge K. Gross
From: Glen M. Whisenant
Subject: Magnum Hunter Resources

My name is Glen Mark Whisenant. I live in Lake Jackson Texas. I am retired from Dow Chemical, 30 years. I am a Reserve Deputy Constable and the primary Bailiff in the 149th District Court in the great state of Texas. I believe in God almighty and the constitution of the United States.

After retiring in 2009, I researched the Texas based company Magnum Hunter Resources (MHR) and felt safe investing my life savings in them. During 2011 and 2015 I purchased 41,000 shares of MHR common stock ($164,410.00). Simply put, this companies' bankruptcy will delete my life savings. I beseech you to protect the share holders interest in these proceedings. Please allow me to keep my stock and be part of the restructure process MHR is planning to implement.

Glen Mark Whisenant
120 Juniper
Lake Jackson Texas 77566
glenwhisenant@yahoo.com
979-236-0147