December 23rd, 2015

Russell Peacock
180 N Jefferson St.
Apartment 608
Chicago, IL 60661

2015 JAN -4 AM 9: 40

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

RE: Magnum Hunter Resources Corporation, Case #15-12533

Dear Honorable Justice Gross,

I, Russell Peacock, am a Magnum Hunter Resources Corporation (the Company) series D preferred shareholder. I am writing you today regarding the bankruptcy of the Company which is currently in progress (CIK# 0001335190). I will not break down the details of the Company's filing or discuss the disagreements I have with the valuations of the Company. Instead I want to highlight the persistent failure to uphold promises that the Company has made to shareholders to raise liquidity.

In December of 2014, after seeing Gary Evans, Chief Executive Officer (CEO) of the Company, on a Mad Money interview by Jim Cramer, I became interested in the Company. I then proceeded to do due diligence on the company and CEO. After looking through SEC filings, financial documents, and more CEO interviews, it was clear that the company did face liquidity concerns but also owned assets of considerable value.

During the December 2014 interview on Mad Money, the CEO was asked about the liquidity concerns and stated "The MLP, which is the Eureka Hunter pipeline, we're on schedule to take that public early next year. We got bankers hired, we got lawyers hired, we got accountants hired." Shortly after this interview, in December of 2014, I bought common shares of the Company for the first time. The comments made by the CEO, and my belief that the CEO and Board of Directors (Board) were performing their fiduciary duties to the shareholders, were enough to alleviate my concerns of liquidity.

Liquidity enhancing comments continued throughout 2015, and on a GreenHunter Resources conference call, of which Gary Evans is interim CEO and owns more than 10% of shares outstanding, on August 14th, 2015 Gary Evans stated "...we'll be announcing the eventual winner of the Eureka Hunter here over the next week to ten days hopefully." These comments were referring to the bids for the pipeline that they were soliciting at the time of the conference call.

In November, I opportunistically switched my common shares to series D preferred shares in the hope of more security in the event of a Chapter 11 Reorganization or potential liquidation of the company's assets, and I still hold these preferred shares today.

Two weeks after the GreenHunter Resources conference call it started to become apparent that the CEO and Board were not performing their fiduciary duties to shareholders. Further research since that time has resulted in me believing that the only way for GreenHunter Resources to survive is for Magnum Hunter Resources to expedite a restructuring, agree to definitive terms on the Joint Venture that was previously announced, and resume drilling activity come spring as a new company.

I request that the courts look into the failed liquidation of Eureka Hunter and Gary Evans' stake in GreenHunter Resources, which I believe has resulted in his failure to act as a responsible fiduciary on behalf of Magnum Hunter Resources Corporation shareholders.

Thank You,

*[signature]*

Russell Peacock
peacockrussell@gmail.com
608-469-6878