

# CT

December 24, 2015

Prime Clerk, LLC
PO Box 225380,
New York, NY 10150

Re: Magnum Hunter Resources Corporation, et al., Debtors // To: Covenant Investment Fund, L.P

Case No. 1512533KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Covenant Investment Fund, L.P.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528376397

Sent By Regular Mail

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801
**(Returned To)**

Prime Clerk, LLC
PO Box 225380,
New York, NY 10150