December 28th, 2015


Honorable Judge Kevin Gross

824 North Market Street, 6th FLR

Wilmington DE, 19801

Magnum Hunter, Case # 15-12533

J.....

JAN -3  AM 8: 56

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Gross:


My name is Arjun S Rautela and I am a current Magnum Hunter Resources Common Equity Shareholder. I am glad that your court is giving the opportunity for people who are in the same position as me to write and explain their objective ideas and reflections about the current Chapter 11 restructuring that's going on with this company.

A little bit about me is that I have a background as an educator. I have worked in Mathematics Education at the elementary, secondary and collegiate level. I also have experience with Literacy Education at the early childhood level. I have some graduate coursework in Educational Instruction and I hold a Bachelor's Degree in Business.

I was actually born in Wilmington, DE in the early 80's and lived in the area up through the late 90's. I have many memories from traveling between Chester County and New Castle County for school activities, playing sports, trips to Shake's Pizza on Kirkwood Highway and those many adventures at Christiana and Concord Mall, lol. I had a parent who was a Clinical Biochemist at DuPont's Glasgow Site, Concord Plaza and occasionally the Experimental station that 20 years ago was shared with DuPont Merck. He worked there for 23 years (1973-1996) and was able to make these memories possible for me and other immediate family members. In 1996 DuPont's diagnostic division was bought by Dade International.

I feel the financial bi-laws, tax structure and judicial fairness of the great state of Delaware have allowed companies such as DuPont (now DuPont/Dow) and their equity investors to start, develop and establish themselves into a worldwide and international company of leadership, integrity and fairness. I hope you and your judicial team can apply fair and honest judgment in establishing rules for Magnum Hunter Resources to follow that potentially allow it to become a fair company with integrity and leadership in the oil/natural gas sector and that also respects the current equity investors. At this time, the best way to accomplish this is by recommending an amendment to Magnum Hunter Resources management and the other consulting and legal firms they've hired that includes current common equity holders into their proposed restructuring plan.

One idea I could guess that would want current Magnum Hunter Management, PJT Partners, Alvarez & Marsal and the committee established by the current Senior Bond Lien Holders to include current equity holders is to establish bi-laws that makes current equity holders sign papers and documentation stating that they have to hold their newly granted equity position for at least a 2-3 year timeframe. I think the fear with senior bond holders who will be receiving new equity with the current proposal is that they may think the current common equity holders want to be part of this restructuring plan so they may quickly sell on any type of pop in Oil/Natural Gas prices and as a result, other equity holders will be all alone and subject to a commodity price environment that based on today's pricing is very uncertain.

Everything Gary Evans did to try and set his company up for success to restructure in this unprecedented commodity downturn I expected. He needed to make very unexpected decisions that differed from other distressed E&P CEO's to accomplish this goal. However, I'm very surprised he is not including his currently

equity investors in any way as part of his newly planned restructuring. Historically, Gary Evans has had good public relations with his common equity shareholders, but the public relations of Magnum Hunter Resources over the past four months has been very strange and unusual when compared with the type of shareholder communication Gary Evans and his management team had before the past four months. I've had the opportunity to read and preview in the previous four months a lot of information about the company that's been available on the internet. There have been strong efforts and attempts to try and communicate with Magnum Hunter Resources Management by some major current equity holders to try and analyze the plan on how Magnum Hunter Resources could try to successfully whether this commodity downturn storm that's fallen over oil/natural prices gas by proposing potential ideas related to a successful out of court restructuring.

I heard Gary Evans father passed away in August. I do not know if this is true or not. If it is then I fully support paid counseling services and/or paid vacation for him to try and clear his mind in this time period for his company that will require a lot of key decision making from the many pressure situations that accompany Chapter 11 Bankruptcy restructuring proceedings. I lost my father at age 17, so I know firsthand that the months following an event like this can affect decision making capabilities related to academic and professional interests. I feel because of this potential event, you may be the best judge at this time to determine if current common equity holders should be included in the currently proposed Magnum Hunter restructuring plan, not Gary Evans or the parties working directly with him.

I would consider myself to own an adequate amount of shares, but I don't know if it's enough to lead any type of equity committee. I currently live very close to Magnum Hunter Corporate Headquarters and I may someday in the near future stop by dressed in business professional attire to see if some representative with the company can converse with me about the ideas I've stated in this letter. Maybe you could recommend a direct contact to me so I can have the opportunity to discuss some of these ideas with them. If you prefer to convey the main points of this letter directly to them without me included, then this would be appreciated as well because the important thing at juncture is to get the message written in this letter across. Judge Gross, you have worked hard to attain the type of success you've earned. I humbly ask that you encourage Magnum Hunter, their consultant team, legal team and senior lien bondholders to include the current common equity shareholders as part of their proposed restructuring plan.


Thank You and Happy Holidays

Arjun S Rautela

3304 Pecan Park Drive

Flower Mound, TX 75022

(806)281-7670

arcdrive@yahoo.com