Honorable Judge Kevin Gross
824 North Market St.
6th Floor
Wilmington, DE 19801



2016 JAN -5 AM 9: 02

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE Case #15-12533-KG Magnum Hunter Resources Corporation
Deemmber 31, 2015

Dear Judge Gross,

Letters of opposition to the proposed chapter 11 bankruptcy of Magnum Hunter Resources Corp. as captioned above have been filed, giving background as to circumstances which unfolded over the latter part of 2015 with respect to said Company. I reference letters filed at Docket 147 and 148 by Louis Sarok and Anna E. and Donald C. D'Amico, noting that many small investors hold the same beliefs as those expressed therein, and which I will not reiterate. I would add though that less than 24 hours before the Bankruptcy filing, CEO Gary Evans issued a press release stating that their Eureka Hunter Pipeline had achieved "record throughput". Because after hours trading and pre-market trading is permitted, there may be those who actually made purchases because of that press release and then found out about their misfortune just hours later.

MHR's fortunes have been determined by just one thing – the price of Natural Gas and to a much lesser extent the price of Crude Oil. As you know, prices of both have plummeted, and in the case of Nat. Gas has been greatly exacerbated by extremely warm weather in their market area. Thus the asset value of MHR has suffered to the extent that their earlier supposed (?) intentions regarding asset sales to salvage liquidity have become somewhat irrelevant.

**HOWEVER, Just as I write this, the price of Nat. Gas is SURGING.** In the last few days there has been a very substantial price increase – such as not seen for some time. Very importantly, the futures market as of today quotes increasingly higher prices for each and every month for the next year, showing a December 2016 price nearly fifty percent higher than just a week or two ago, and indeed an even larger percentage from what the price was as MHR prepared the chapter 11 restructuring. These futures prices change constantly (and accordingly as do, MHR's asset values) and can be viewed at:

http://www.cmegroup.com/trading/energy/natural-gas/natural-gas.html

There has been talk of formation of a shareholders committee and other potential avenues of recourse in order to secure some small amount of value to existing common and preferred shareholders, however small such amount might be. This may or may not be possible, but I must emphasize that the restructuring package in its current form may not only make some holders of senior debt whole, it may moreover create magnificent windfall profits to those who acquired such debt by purchasing at exceedingly substantial discounts in the aftermarket. Some of those may be funds sometimes referred to as "Vulture Funds".

By, or even before, the time a final determination can be made in this matter, the price of Nat. Gas may have recovered to the point where in turn the MHR asset values have increased so dramatically as to present a situation whereby a chapter 7 liquidation proceeding could very well make all senior debt holders whole, and additionally produce some residual value for preferred and common shareholders.

Moreover, if and when Nat Gas prices do recover substantially – which most feel is inevitable at some point – then the new company, having virtually no debt will be in a highly enviable position in the industry with 1) a continually and increasingly lucrative pipeline and 2) thousands of leased acres of extremely prolific gas producing properties – both of which facts are well known. Thus MHR would become a cash cow and the beneficiaries of the chapter 11 filing as it is currently structured would reap great rewards, while the now existing common and preferred shareholders will have been wiped out completely. Many of the current shareholders are very small investors, such as I, and are damaged very substantially as opposed to the mostly large entities holding senior debt. I and my son hold 1400 shares of preferred C and D ( now MHRP and MHRG). I had disposed of my common shares.

Therefore I suggest consideration of an alternative to the current restructuring package. I suggest that a shareholders committee might (or might not) offer to withhold or defer proceedings to push for a Chapter 7 liquidation if MHR and its debt holders would agree to an addendum to their existing filing which would provide for some small share of the proposed new company to be awarded to existing holders in the form of common shares, and importantly, would include warrants. Such warrants to be effective for a period of ten years and with an exercise price to be determined but not so high as to render them effectively worthless.

The warrants would not only be beneficial to current shareholders, but indeed could also be beneficial to the new company. For if my understanding is correct, if and when the warrants were to be exercised at a later time, it would effect the sale of treasury stock to such warrant holders and the company would receive proceeds from such sales at the exercise price.

Thank you for any consideration, and I note that in the not too distant past, with respect to the financial crises which started after 2008, there had been restructurings of very large financial (and other) corporations, not only in the U. S. but also abroad, which included a relatively new concept called "shared sacrifice" - in which all stakeholders gave up something, so that none would be completely decimated.

Sincerely

Anthony C. SanGregory P.E. P.S.
25 Willow Court
Tiffin, OH 44883
asangregory1@woh.rr.com