

# Jose G. Puig, P.E.

FILED

2016 JAN -6 PM 12: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 5, 2016

Honorable Judge Kevin Gross
824 North Market Street, 6th FLR
Wilmington, DE 19801

**RE: Magnum Hunter, Case # 15-12533**

Dear Sir,

It is my understanding that Magnum Hunter Resources will be reconvening in your court room on January 11, 2016. I would like to take this time to bring to your attention several matters which I believe greatly enhances Magnum Hunter's viability since they were last in your courtroom in December.

On December 16, 2015, Congress removed a 40 year ban on oil exports. In the last 3 weeks alone, oil and gas pipeline stocks have skyrocketed. Oppenheimer Steelpath, a mutual fund that invests in some of the largest US oil & gas pipeline companies, is currently up 11%, while the S&P 500 is down 3% during that same time. Based on sector performance, this makes Eureka Hunter, a pipeline which Magnum Hunter has ownership interest, much more valuable. A sale of this pipeline, or an exchange of this asset to satisfy creditors, would greatly enhance the company's ability to stay solvent. Also, with the current turmoil in the Middle East, we can reasonably expect a greater focus to be put on domestic oil production, thus enhancing the value of acreage owned by Magnum Hunter.

As I mentioned in my letter to your court dated December 18, 2015, there appears to be many alternatives to avoid its chapter 11 filing. Magnum Hunter is in the current position due to a lack of leadership from its CEO and Board of Directors. I also believe there has been a failure of fiduciary duty on behalf of both parties to the detriment of the common shareholders.

I kindly ask that you consider my suggestions in this letter and my previous letter.

Please feel free to contact me at the number below if you have any questions.

Thank you,

José G. Puig Sr., P.E.

**5700 Crestview Drive, Harbor Hills, Lady Lake, Florida 32159**
Phone (786) 436-1956 / (352) 775-2138