Honorable Kevin Gross
Case No 15-12533
United States Bankruptcy Court for District of Delaware
824 North Market Street
6th Floor Courtroom No 3
Wilmington Delaware  19801

15-12533

I am Richard L. Monaghan beneficial owner of 1300 shares of Magnum Hunter Preferred Shares Series D (symbol MERPRDCL) registered in my Fidelity account  and 1125 shares of Magnum Hunter Preferred D shares (symbol MHRGQ) registered in my TD Ameritrade account ▓▓▓▓ (Attachments 1 and 2) I will in this document refer to the Company as those portions of Magnum Hunter Resources applying for bankruptcy protection. As I am only a Preferred shareholder my presentation below is only on behalf of the group I am a member of, however I hope the Court will freely use the information presented herein to advance its responsibility.
My address is: 30 Mountainside Drive
Morristown, NJ 07960
Phone ▓▓▓▓  Cell ▓▓▓▓

I have read in the news that Magnum Hunter Resources Company has requested a Chapter 11 voluntary bankruptcy On December 15, 2015. Magnum Hunter Resources Corporation (15-12533)
I have further read that the Company has requested that all preferred shares be essentially eliminated as part of the voluntary bankruptcy process with a hearing scheduled imminently.
I object to the Company's request to void the preferred D shares and eliminate all rights of preferred shareholders for the following reasons:

1. The Company has resources available to pay off preferred shares and all other debts. It reported in its third quarter report of total assets 1456.71million USD and Total Liabilities of 1117.03 million USD as reported by Google Finance (Attachment 3)
The third quarter report of the company's does not include its own representation of assets and debt presented in its Investor Presentation of October 2015 posted on its Website in October of 2015.  On Page 49 of that report on a page titled  "MHR Net Asset Value" the following is listed: Total Asset value from $3,250,650 to $4,301,300 Total debt including Preferred Series C,D,E Preferred., 2nd Lien term loan, Senior notes and other debt totaling $1,381,922. ( Page 49 of Attachment 4). Clearly there are more than enough resources listed here to fully cover Preferred debt and all other debt.
The October 2015 presentation on the Company's web site has been modified twice. Once to delete its Net Asset value page and multiple other pages and then a second time to change it entirely adding a November date to one of the pages. The Company website currently contains only the last version. Attachment 4 is the original presentation captured electronically. I have read the warning at the end of of the original presentation, (Page 53

of Attachment 4) however it seems only common sense that Management would not be off by 1,793 to 2,844 million dollars in its asset valuation. Rather it appears that Management and its banks have figured a way through the Courts (if it is allowed to do so ) to hide its estimate of assets from the Court and place them in a Private Company to the detriment of the shareholders and Preferred debt holders.

2. Timing of the "voluntary" bankruptcy is suspect. As stated in the Company's 10Q Securities and Exchange Commission report for the period ending 9/30/2015 , filed November 9, 2015 page 25 (Attachment 5) the major debt of the Company $ 597,521,000 was was not due until May 15, 2020. Possibly to make a bankruptcy case does it appear that the Company has decided to take advantage of record low gas prices to make a case by declaring the entire 2020 debt due immediately and attempt to wipe out contractual obligations due to the Preferred shareholders. On Page 29 of the Companies 10Q filed 11/9 /2015 the company states that on September 8 2015 it became aware of $1.4 million outstanding accounts payable in excess of 180 days and subject to a default decree under its Credit Agreement if not cured in 30 days. The company further reports that as of October 8 2015  accounts payable were still outstanding. It appears that this inaction ultimately may have sent us all to the current state of a "voluntary" bankruptcy. If so this game of default chicken may enrich the creditors and totally screw its preferred shareholders and could appear to be deliberate.

The record 16 year low gas prices (Henry Hub spot price of  $1.65 per million British thermal units (MMBtu) occurred  on Tuesday December 15, 2015.  (Attachment 6 ) Spot prices are expected to rapidly reverse. Estimates by the US EIA (United States Energy Information Administration) are for spot prices in 2016 to average $3.86 per MMBtu (Attachment 7)
In fact the January 1 2016 spot price has already rebounded to $2.11 (Attachment 8 page 19 ) Thus the Bankruptcy presentations of December 15 2015 are already obsolete.
In its November version of its October 2015 Presentation the company estimates a realized gas price of $2.06 to 2.24 per Mcf for 2016.
In October 2015 the Company presented its' October net assets page with assets of 3.2 to 4.3 billion . In October 2015 the spot price of gas ranged from $1.98 to $2.44 (Attachment 8, page 18 ) When gas prices rebound to this level or above as projected by both the Company and the US EIA one would expect the net assets value to match the Company's October 2015 presentation. Rather than eliminate Preferred holders rights now;  disposing of assets to pay Preferred debts when prices rebound seems more appropriate.

3. The company has already suspended dividend payments on its Preferred shares on October 9, 2015 (10Q filed 11/9/2015 Attachment 5 page 9)  so imminent relief from cash payment of dividends due to preferred shareholders is already in place. There is no immediate need to eliminate Preferred shares and holder rights  as cash preservation, while waiting for improved conditions, is already in place. Perhaps the hidden assets of 1.7 to 2.8 billion dollars is enough of a windfall and a reason the Company management

is attempting to eliminate Preferred shareholder rights altogether. Since the preferred holders current cash drain is zero then Preferred shareholder rights should be preserved in the new entity that emerges from this bankruptcy proceeding. In the Company's 10Q filed November 9 2015(Attachment 5, page 82) the Company states that one approach to paying dividends is to pay in registered stock. It reports that there are not enough shares to do that. My understanding of the bankruptcy filing is that the Company wants to issue new shares. When that happens Preferred shareholder debt and dividends could perhaps be paid.

4. The Company has presented a plan to sell for 460 to 700 million dollars its ownership stake in Eureka Hunter Pipeline. Last noted in its 10Q filed 11/9/2015. (Attachment 5 page 73.) In fact it has repeatedly stated such a sale is imminent with multiple bidders. The CEO on August 7, 2015 stated that the low figure of $460 million is not an appropriate value. During the Company's Second quarter 2015 Earnings Call Transcript produced by Seeking Alpha presented on August 7, 2015. Gary C Evans on that call said: "Yeah. The $460 million, I don't know why I left that because we haven't gotten a number that low. But yes, we've tightened up the range. I mean, remember we've been spending some capital, too, so that kind of brings down that top number. I feel that we'll be near the upper end of that range and that's what we're shooting for. "( Attachment 9, Page 11) The top range was lowered to $600 million. In the same call Evans reports on three bids, presumably greater than $ 460 million. If executed as advertised this cash infusion according to the Company would "significantly improve our liquidity position" (Attachment 9, page 5) and would therefore likely not require a bankruptcy filing. Did management reject offers so a Bankruptcy filing could be facilitated?

5. Until recently the Company advertised a likely cash infusion of 25 million dollars and a Capital infusion of up to 400 million in a Utica JV .(Attachment 11) It is not clear why this event, reported as imminent on August 7, 2015 (Attachment 9 , page 5) was not executed. Were these cash infusions rejected by the Company so it could convince a Court to unfairly eliminate Preferred debt and rights using a bankruptcy procedure?

6. The Company in its 10Q filed 11/9/2015 (Attachment 5, page 67) reports it received a gas price of $1.13 per MCf less than the prevailing spot price with a net price of $1.62 per Mcf. for gas it sold in the quarter. In its 10Q (Attachment 5, page 23) the Company reports in place collars for gas for the period August to December 2015 on 80,000 MMBtu per day at $2.66 to $3.15 per MMBTu. It is disturbing to see this marked discount to the prevailing price and may make sense if the Company had decided to sell at a loss to make a better bankruptcy case.
Has the Court been made aware that the current collar contracts for gas was in place for 2015? Was the gas contract not used or was it not reported to the Court to make a bankruptcy claim more tenable? Management's explanation of calendar timing for the lower realized price compared to the NYMEX spot price (Attachment 9, page 9) is untenable as the spot price was for the same period.

7. The company has reported that it is not reporting quarterly the profits obtained from its rapidly growing, record setting pipeline business, flow rates of 400,000 MBTU in 2014 to 650,000 MBtu (Attachment 9, Page 4) to 835,000 MBtu on December 14, 2015 (Attachment 12) On the other hand the CEO in answer to an analysts question stated that the EBITDA projections are in excess of $50 million annually. (Attachment 9, Page 11) **"Richard M. Tullis - Capital One Securities, Inc.** What was the second quarter EBITDA for Eureka? **Gary C. Evans - Chairman & Chief Executive Officer** Well, we haven't been giving out quarterly, but I can tell you the annual projections of EBITDA for Eureka are north of $50 million. ...
"This what these new contracts we've just won do for Eureka. And so the EBITDA numbers go up substantially in 2016 and 2017 from that $50 million-plus number."
Not including this profit, both current and expected, in information provided to the Court for the Court to consider would do a disservice to the Court and to those who invested in the Company's common and Preferred shares. It would deliberately underreport cash flow and profit potential. It may explain why the company preferred bankruptcy to disposing of this asset to pay debt holders.

8. Eliminating Preferred shares rapidly eliminates the contractual right of Preferred shareholders to get two votes on Board of Directors after four quarters of dividend suspension . Three quarters of dividend suspension have perhaps passed. (Two previously and one recently) A quick Court ruling puts in jeopardy that right as the fourth quarter requirement has probably not yet been met . (Attachment 10 )

9. A reorganization voluntarily or involuntarily is covered in the Preferred D rights section (Attachment 10) which outlines methods for continuation of debt, payment of debt with shares or cash and shareholder rights when the new organization takes over. The CEO according to Bloomberg has stated "The loan will convert to equity in a new, reorganized company in a process that Chief Executive Officer Gary C. Evans said will be efficient and cost-effective, and allow it to take advantage of the energy slump." (Attachment 13)
Since the Preferred D contract envisioned a protocol for reorganization . It seems to me that the Company is trying to obtain contractual relief without informing the Court of its' agreed to obligations (by providing the Court with copies of its agreements with Preferred shareholders), perhaps putting the Court in the position of unnecessary conflict. (See Preferred D rights section attracted from 8K Attachment 10) Furthermore the Company is taking advantage of the energy slump to declare bankruptcy ,see CEO comment above.

Requests of the Court

1. Deny the voluntary bankruptcy request of the Company
2. Deny any request of the Company that interferes, eliminates or alters its obligations to the Preferred shareholders.
3. Declare obligations of Company to Preferred shareholders to be obligations of any new entity created as a result of the bankruptcy Court action.

4. Delay ruling on requests of Company under voluntary bankruptcy until after Preferred holders voting rights for Board membership have vested. Retain Preferred Board membership on new Board until Preferred agreements are satisfied.
5. Replace current management of the Company as it clearly has violated its Corporate Responsibility to shareholders.
6. Do not allow the management of the Company to privatize a public company solely by declaring bankruptcy.
7. Assign Company independent overseers to determine true value and schedule disposal of assets to satisfy Preferred stock obligations.
8. Delay determination of value, until the marketplace for asset sale(s) is opened, public and competitive.
9. Accept and make public all offers in the last two years to purchase assets of the company. Reopen without conditions new bidding for assets.
10. Publish previous asset purchase offers as allowed by Law and determine why they were not accepted to avoid Bankruptcy.
11. Suspend judgement on Preferred shareholder status until gas price recovers to level envisioned by US EIA for 2016 at > $3.00
12 The Company has requested that the Preferred shareholders are "Not entitled to any value." This is interesting as in their original October 2015 presentation the Company considered them part of debt. For bankruptcy purposes they consider them part of equity. I ask the Court to make them part of debt and allow the Preferred agreements to continue after these proceedings even if there is no current monetary award.

Finally, it is my hope and request that the Court retain all Preferred shares and rights or declare Chapter 7 bankruptcy. The Company should not be allowed to be relieved of its obligations, hide income, undervalue assets and exploit the bankruptcy law to privatize a public company to the detriment of its shareholders and to the benefit of a management (Attachment 14 Management incentive); a management that has produced a working capital deficit of $1.037 billion (10Q filed November 9 2015, page 9).

Thank you for your consideration. One final point as management clearly is not representing the shareholders, I hope you will slow this rush to judgement they have requested before grievous errors are made and assign an overseer to argue for preferred holders and stock holders interests.

Richard L Monaghan (PHD)

DANIEL T MARVIN
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES OCTOBER 27, 2020