# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| MAGNUM HUNTER RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-12533 (KG) ) ) (Jointly Administered) |
| Debtors. | ) ) **Re: Docket No. 199** |

## AMENDED NOTICE OF AGENDA FOR HEARING ON JANUARY 11, 2016, AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]

## UNCONTESTED MATTERS:

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Filed: 12/15/15] (Docket No. 5).

    Response Deadline: January 6, 2016, at 12:00 p.m.

    Responses Received: Informal comments from the United States Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Magnum Hunter Resources Corporation (9278); Alpha Hunter Drilling, LLC (7505); Bakken Hunter Canada, Inc. (7777); Bakken Hunter, LLC (3862); Energy Hunter Securities, Inc. (9725); Hunter Aviation, LLC (8600); Hunter Real Estate, LLC (8073); Magnum Hunter Marketing, LLC (2527); Magnum Hunter Production, Inc. (7062); Magnum Hunter Resources GP, LLC (5887); Magnum Hunter Resources, LP (5958); Magnum Hunter Services, LLC (5725); NGAS Gathering, LLC (2054); NGAS Hunter, LLC (3737); PRC Williston LLC (1736); Shale Hunter, LLC (1952); Triad Holdings, LLC (8947); Triad Hunter, LLC (5830); Viking International Resources Co., Inc. (0097); and Williston Hunter ND, LLC (3798). The location of the Debtors' service address is: 909 Lake Carolyn Parkway, Suite 600, Irving, Texas 75039.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Related Documents:

a. [Proposed] Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Filed: **1/10/16**] (Docket No. 227, **Exhibit A**).

b. [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Filed: 12/16/15] (Docket No. 67).

c. Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Filed: 12/16/15] (Docket No. 78).

d. **Certification of Counsel in Support of Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Filed: 1/10/16] (Docket No. 227).**

Status: The Debtors have resolved the comments from the United States Trustee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 6).

Response Deadline: January 6, 2016, at 12:00 p.m.

Responses Received: Informal comments from the United States Trustee, the Official Committee of Unsecured Creditors (the "Committee"), the ad hoc group of second lien lenders (the "Second Lien Lenders"), and the ad hoc group of holders of the Debtors' 9.75% senior unsecured notes due 2020 (the "Ad Hoc Group of Unsecured

2

Noteholders").

Related Documents:

    a.    [Proposed] Second Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: **1/10/16**] (Docket No. **235, Exhibit A**).

    b.    [Signed] Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 68).

    c.    Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 79).

    d.    Supplement to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 12/30/15] (Docket No. 161).

    e.    **Certification of Counsel in Support of Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Filed: 1/10/16] (Docket No. 235).**

Status:  The Debtors have resolved the comments from the United States Trustee, the Committee, the Second Lien Lenders, and the Ad Hoc Group of Unsecured Noteholders. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

3.    Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 12/15/15] (Docket No. 7).

Response Deadline:  January 6, 2016, at 12:00 p.m.

Responses Received:  Informal comments from the United States Trustee and the Official Committee of Unsecured Creditors.

    a.    Objection of Monongahela Power Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 1/5/16] (Docket No. 181).

Related Documents:

    a.    [Proposed] Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: **1/10/16**] (Docket No. **233, Exhibit A**).

    b.    [Signed] Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 12/16/15] (Docket No. 65, Exhibit B).

    c.    Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 12/16/15] (Docket No. 80).

    **d.**    **Certification of Counsel in Support of Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 1/10/16] (Docket No. 233, Exhibit A).**

Status:  The Debtors have resolved the comments from the United States Trustee, the Committee, and the objection of Monongahela Power Company. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements, and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 8).

Response Deadline:  January 6, 2016, at 12:00 p.m.

Responses Received: Informal comments from the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

a. [Proposed] Final Order (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements, and (II) Granting Related Relief [Filed: **1/10/16**] (Docket No. **230, Exhibit A**).

b. [Signed] Interim Order (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements, and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 66).

c. Notice of Entry of Interim and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements, and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 81).

d. **Certification of Counsel in Support of Final Order (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements, and (II) Granting Related Relief [Filed: 1/10/16] (Docket No. 230).**

Status: The Debtors have resolved the comments from the United States Trustee and the Committee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed: 12/15/15] (Docket No. 9).

Response Deadline: January 6, 2016, at 12:00 p.m.

Responses Received: Informal comments from the United States Trustee and the Committee.

Related Documents:

a. [Proposed] Final Order (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed: **1/10/16**] (Docket No. **229, Exhibit A**).

b. [Signed] Interim Order (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and

       Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed: 12/16/15] (Docket No. 70).

   c.   Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed: 12/16/15] (Docket No. 83).

   **d.**   **Certification of Counsel in Support of Final Order (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Filed: 1/10/16] (Docket No. 229, Exhibit A).**

Status: The Debtors have resolved the comments from the United States Trustee and the Committee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

6.   Debtors' Motion for Entry of Interim and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (V) Granting Related Relief [Filed: 12/15/15] (Docket No. 11).

Response Deadline: January 6, 2016, at 12:00 p.m.

Responses Received: Informal comments from the United States Trustee.

Related Documents:

   a.   [Proposed] Final Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (V) Granting Related Relief [Filed: **1/10/16**] (Docket No. **228, Exhibit A**).

   b.   [Signed] Interim Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related

           Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (V) Granting Related Relief
[Filed: 12/15/15] (Docket No. 71).

    c.    Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder,
(IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (V) Granting Related Relief [Filed: 12/16/15] (Docket No. 84).

    d.    **Certification of Counsel in Support of Final Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (V) Granting Related Relief [Filed: 1/10/16] (Docket No. 228).**

    <u>Status</u>:  The Debtors have resolved the comments from the United States Trustee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

7.    Debtors' Motion for Entry of an Order (I) Approving Continuation of Surety Bond Program and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 12).

<u>Response Deadline:</u>  January 6, 2016, at 12:00 p.m.

<u>Responses Received:</u>  Informal comments from the United States Trustee and the Official Committee of Unsecured Creditors.

<u>Related Documents:</u>

    a.    [Proposed] Order (I) Approving Continuation of Surety Bond Program and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 12, Exhibit A).

    b.    Notice of Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving Continuation of Surety Bond Program and (II) Granting Related Relief [Filed: 12/17/15] (Docket No. 88).

    c.    **Certification of Counsel in Support of Revised Order (I) Approving Continuation of Surety Bond Program and (II) Granting Related Relief [Filed 1/10/16] (Docket No. 234).**

      Status:  The Debtors have resolved the comments from the United States Trustee and the Committee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 13).

   Response Deadline: January 6, 2016, at 12:00 p.m.

   Responses Received: Informal comments from the United States Trustee and the Committee.

   Related Documents:

   a. [Proposed] Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: **1/10/16**] (Docket No. **232, Exhibit A**).

   b. [Signed] Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 72).

   c. Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 12/17/15] (Docket No. 86).

   d. **Certification of Counsel in Support of Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 1/10/16] (Docket No. 232).**

   Status:  The Debtors have resolved the comments from the United States Trustee and the Committee. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

9. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief [Filed: 12/15/15] (Docket No. 14).

   Response Deadline: January 6, 2016, at 12:00 p.m.

   Responses Received: Informal comments from the United States Trustee, the Second Lien Lenders, and the Ad Hoc Group of Unsecured Noteholders.

Related Documents:

a. [Proposed] Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Any Class of Preferred Stock and (II) Granting Related Relief [Filed: **1/10/16**] (Docket No. **231, Exhibit A**).

b. [Signed] Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Any Class Preferred Stock and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 73).

c. Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief [Filed: 12/16/15] (Docket No. 85).

d. **Certification of Counsel in Support of Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Any Class of Preferred Stock and (II) Granting Related Relief [Filed: 1/10/16] (Docket No. 231).**

Status: The Debtors have resolved the comments from the United States Trustee, Second Lien Lenders, and the Ad Hoc Group of Unsecured Noteholders. **The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Both Senior and Junior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Repayment of Prepetition First Lien Facility in Full Pursuant to Section 363 of the Bankruptcy Code, (IV) Authorizing the Debtors to Use Cash Collateral, (V) Granting Adequate Protection to the Prepetition Secured Parties, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Filed: 12/15/15] (Docket No. 18).

Response Deadline: January 6, 2016, at 12:00 p.m.; extended for the United States Trustee to January 8, 2016, at 5:00 p.m. (prevailing Eastern Time).

Responses Received: Informal objection from Samson Resources Company ("Samson") and informal comments from the United States Trustee, Committee and North Haven ("North Haven") Infrastructure Partners II Buffalo Holdings LLC.

Related Documents:

a. [Signed] Interim Order (I) Authorizing the Debtors to Obtain Both Senior and Junior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Repayment of Prepetition First Lien Facility in Full Pursuant to Section 363 of the Bankruptcy Code, (IV) Authorizing the Debtors to

Use Cash Collateral, (V) Granting Adequate Protection to the Prepetition Secured Parties, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Filed: 12/16/15] (Docket No. 75).

b. Notice of Entry of Interim Order and Final Hearing on Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Both Senior and Junior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Repayment of Prepetition First Lien Facility in Full Pursuant to Section 363 of the Bankruptcy Code, (IV) Authorizing the Debtors to Use Cash Collateral, (V) Granting Adequate Protection to the Prepetition Secured Parties, (VI) Modifying the Automatic Stay, (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief [Filed: 12/16/15] (Docket No. 77).

c. Notice of Filing of Debtor in Possession Financing Syndication Procedures [Filed: 12/21/15] (Docket No. 109).

d. Notice of Filing of Extension of Subscription Period for Noteholders (Potential Tranche B Lenders) for Debtor in Possession Financing Syndication [Filed: 1/6/16] (Docket No. 193).

Status: The Debtors have resolved the informal of objection of Samson and the informal comments of the United States Trustee, the Committee and North Haven. This matter will go forward.

11. Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 131).

Response Deadline: January 6, 2016, at 12:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 131, Exhibit A).

b. Notice of Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 131).

    c.    **Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Filed 1/8/16] (Docket No. 222).**

    Status:  **The Debtors have filed a certificate of no objection. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

12.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective *Nunc Pro Tunc* to December 31, 2015, and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 132).

Response Deadline:  January 6, 2016, at 12:00 p.m.

Responses Received:  Informal comments from the United States Trustee.

Related Documents:

    a.    [Proposed] Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective *Nunc Pro Tunc* to December 31, 2015, and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 132, Exhibit A).

    b.    Notice of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective *Nunc Pro Tunc* to December 31, 2015, and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 132).

    c.    **Certification of No Objection Regarding Revised Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective *Nunc Pro Tunc* to December 31, 2015, and (II) Granting Related Relief [Filed: 1/10/16] (Docket No. 226).**

Status:  **The Debtors filed a certificate of no objection. Accordingly, no hearing on this matter is necessary unless requested by the Court.**

13.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 133).

Response Deadline:  January 6, 2016, at 12:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

a.   [Proposed] Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 133, Exhibit A).

b.   Notice of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 12/23/15] (Docket No. 133).

Status: **This matter has been continued until the January 28, 2016 hearing.**

**MATTERS GOING FORWARD:**

14.  Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Filed: 12/31/15] (Docket No. 165).

Response Deadline: January 11, 2016, at 1:00 p.m.

Responses Received: Informal comments from the United States Trustee.

Related Documents:

a.   [Proposed] Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Filed: 12/31/15] (Docket No. 165, Exhibit A).

b.   Debtors' *Ex Parte* Motion for Entry of an Order Shortening Notice Periods with Respect to the Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and
(V) Granting Related Relief [Filed: 12/31/15] (Docket No. 166).

(i)   [Signed] Order Shortening Notice Periods with Respect to the Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9),
(II) Establishing Amended Schedules Bar Date and Rejection Damages

        Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Filed: 1/4/16] (Docket No. 175).

c.    Notice of Hearing on Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Filed: 1/4/16] (Docket No. 178).

<u>Status:</u>  This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Wilmington, Delaware<br>Dated: January 11, 2016 | /s/ Colin R. Robinson<br>Laura Davis Jones (DE Bar No. 2436)<br>Colin R. Robinson (DE Bar No. 5524)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>  crobinson@pszjlaw.com<br>  jmulvihill@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower P.C. (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  edward.sassower@kirkland.com<br>  brian.schartz@kirkland.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Alexandra Schwarzman (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  james.sprayregen@kirkland.com<br>  justin.bernbrock@kirkland.com<br>  alexandra.schwarzman@kirkland.com<br><br>*Proposed Co-Counsel to the Debtors* |