# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MAGNUM HUNTER RESOURCES CORPORATION | | |
| **Case Number:** | 15-12533-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 11, 2016 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matter:*

2nd Day Hearing

**R / M #:**    199 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -  Certification of Counsel FILED - ORDER SIGNED

#2 -  Certification of Counsel FILED - ORDER SIGNED - 3/28/16 @ 11:00 am

#3 -  Certification of Counsel FILED - ORDER SIGNED

#4 -  Certification of Counsel FILED - ORDER SIGNED

#5 -  Certification of Counsel FILED - ORDER SIGNED

#6 - Certification of Counsel FILED -  ORDER SIGNED

#7-  Certification of Counsel FILED -  ORDER SIGNED

#8 - Certification of Counsel FILED -  ORDER SIGNED

#9 -  Certification of Counsel will be withdrawn and re-scheduled for 3/28/16 @ 11 am

#10 -  ORDER SIGNED

#11 -  Certification of Counsel FILED -  ORDER SIGNED

#12 -  Certification of Counsel FILED -  ORDER SIGNED

#13 - Continued to 3/28/16 @ 11 am

#14 - Bar Date Motion 2/26/16 by end of day - ORDER SIGNED