**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAGNUM HUNTER RESOURCES CORPORATION, *et al.*,[1] | Case No. 15-12533 (KG) |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| | **Re: Docket Nos.: 1327, 1328, 1329, 1342, 1346, 1347, and 1349** |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the final fee applications (the "**Applications**") of those professionals (the "**Professionals**") referenced on **Exhibit A** annexed hereto, pursuant to sections 105(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the relief requested in the Applications is in the best interests of

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Magnum Hunter Resources Corporation (9278); Alpha Hunter Drilling, LLC (7505); Bakken Hunter Canada, Inc. (7777); Bakken Hunter, LLC (3862); Energy Hunter Securities, Inc. (9725); Hunter Aviation, LLC (8600); Hunter Real Estate, LLC (8073); Magnum Hunter Marketing, LLC (2527); Magnum Hunter Production, Inc. (7062); Magnum Hunter Resources GP, LLC (5887); Magnum Hunter Resources, LP (5958); Magnum Hunter Services, LLC (5725); NGAS Gathering, LLC (2054); NGAS Hunter, LLC (3737); PRC Williston LLC (1736); Shale Hunter, LLC (1952); Triad Holdings, LLC (8947); Triad Hunter, LLC (5830); Viking International Resources Co., Inc. (0097); and Williston Hunter ND, LLC (3798). The location of the Reorganized Debtors' service address is: 909 Lake Carolyn Parkway, Suite 600, Irving, Texas 75039.

the Reorganized Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Applications are granted on a final basis in the amounts set forth on **Exhibit A** annexed hereto for services rendered and reimbursement of actual and necessary expenses incurred during the fee periods set forth on **Exhibit A**.

2. The Reorganized Debtors are authorized and directed to make payment to each of the Professionals on account of any outstanding balances on the fees and expenses approved herein, as set forth on **Exhibit A**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: July 19, 2016
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge