# EXHIBIT A

# Exhibit A

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 6/16/16 | 1327 | BDO USA, LLP | 12/15/15 – 05/06/16 | $942,198.34 | $9,932.15 | $952,130.49 |
| 6/16/16 | 1328 | Deloitte Tax LLP | 12/22/15 – 05/05/16 | $713,001.50 | $18,190.17 | $731,191.67 |
| 6/16/16 | 1329 | Alvarez & Marsal North American, LLC | 12/15/15 – 05/06/16 | $6,904,612.50 | $277,022.93 | $7,181,635.43 |
| 6/20/16 | 1340 | Ropes & Gray LLP | 12/23/15 – 05/06/16 | $1,602,676.50 | $14,548.13 | $1,617,224.63[1] |
| 6/20/16 | 1341 | Cole Schotz P.C. | 12/30/15 – 05/06/16 | $171,455.00 | $6,565.46 | $178,020.46[2] |
| 6/20/16 | 1342 | Berkeley Research Group, LLC | 12/23/15 – 05/06/16 | $593,835.62[3] | $1,576.23 | $595,411.85 |
| 6/20/16 | 1346 | Pachulski Stang Ziehl & Jones LLP | 12/15/15 – 05/06/16 | $1,582,690.00 | $100,546.66 | $1,683,236.66 |
| 6/20/16 | 1347 | PJT Partners LP | 12/15/15 – 05/06/16 | $8,735,000.00 | $32,472.33 | $8,767,472.33 |
| 6/20/16 | 1348 | Kirkland & Ellis LLP | 12/15/15 – 05/06/16 | $6,327,223.78[4] | $223,298.12 | $6,550,921.62 |
| 6/20/16 | 1349 | Prime Clerk LLC | 12/15/15 – 05/06/16 | $134,101.35 | $105.82 | $134,207.17 |

[1] This amount reflects the actual fees and expenses reflected in the Supplement to Final Fee Application filed at Docket No. 1404.

[2] This amount reflects the actual fees and expenses reflected in the Supplement to Final Fee Application filed at Docket No. 1402.

[3] This amount reflects a voluntary reduction of fees in the amount of $6,635.38.

[4] This amount reflects a voluntary reduction of fees and expenses in the total amount of $57,369.72.